```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 11-252 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| STEVEN NAVARRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    The parties request that the status conference currently set for Tuesday, February 21, 2012 at 9:30 a.m., be continued to Tuesday, March 27, 2012 at 9:30 a.m., and stipulate that the period of time between and including those dates should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

    The parties are still actively involved in pre-trial negotiations and discussing possible resolutions. Both sides continue to conduct additional investigation and prepare for trial. However, the parties expect the case to resolve soon.

    Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation,

1

taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

            Respectfully Submitted,

            BENJAMIN B. WAGNER
            United States Attorney

            */s/ Daniel S. McConkie*
            DANIEL S. McCONKIE
DATED: February 17, 2012  By: Assistant U.S. Attorney


            */s/ Daniel S. McConkie* for
DATED: February 17, 2012  By: John Virga
            Attorney for the Defendant
            by telephonic authorization

### **ORDER**

  The status conference currently set for Tuesday, February 21, 2012 at 9:30 a.m. is continued to Tuesday, March 27, 2012 at 9:30 a.m., and the time period between and including those dates is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 2/17/2012        /s/ John A. Mendez
                JOHN A. MENDEZ
                United States District Judge